### 10876. CRAWLEY *v.* THE STATE.

BROYLES, C. J. The evidence amply authorized, if it did not demand, the defendant's conviction; and none of the special grounds of the motion for a new trial shows cause for a reversal of the judgment below.

        *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

        DECIDED NOVEMBER 4, 1919.

Indictment for manufacture of intoxicating liquor; from Pike superior court—Judge Searcy. August 2, 1919.

*Redding & Lester,* for plaintiff in error.

*E. M. Owens, solicitor-general,* contra.